Appendix K                                     Revised: 4/19/10

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
__TYLER__ **DIVISION**
**APPLICATION TO APPEAR PRO HAC VICE**

1. This application is being made for the following: Case # __6:10-cv-00277-MHS__
Style: __Physicians Hospitals of Arizona v. Sibelius__
2. Applicant is representing the following party/ies: __Gilbert Hospital LLC (amicus curiae)__
3. Applicant was admitted to practice in __Arizona__ (state) on __10/24/1987__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ~~has~~/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ~~has~~/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ~~has~~/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__Arizona state and district courts; N.D. Texas; US Supreme Court; 9th Cir. Court of Appeals__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, __James J. Belanger__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __12/7/10__        Signature __[signature]__

Recpt 6-996

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) James J. Belanger
State Bar Number AZ 011393
Firm Name: Coppersmith Schermer & Brockelman PLC
Address/P.O. Box: 2800 N. Central Ave., Suite 1200
City/State/Zip: Phoenix, Arizona 85004
Telephone #: (602) 381-5485
Fax #: (602) 772-3785
E-mail Address: jbelanger@csblaw.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: **12/9/10**



David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____MLL_____
Deputy Clerk