UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Physician Hospitals of America and Texas Spine & Joint Hospital, Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> Kathleen Sebelius, in her official capacity as Secretary of the United States Department of Health and Human Services, <br><br> Defendant. | Civil Action No. 6:10-00277-MHS |

## MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF AMICUS BRIEF

Gilbert Hospital LLC moves for leave to file a short reply in support of its amicus brief. In its Response, the government made the factual assertion that Gilbert Hospital is, or at some point was, a member of plaintiff Physician Hospitals of America ("PHA"). The apparent intent behind this assertion was to challenge the need for the Court to consider Gilbert Hospital's amicus brief, or to cast doubt upon the credibility of that brief.

But the government was wrong. Gilbert Hospital is not now, and never has been, a member of PHA. The reply brief proves this.

RESPECTFULLY SUBMITTED this 22nd day of February, 2011.

/s/ Scott M. Bennett
James J. Belanger (admitted *pro hac vice*)
Scott M. Bennett  (admitted *pro hac vice*)
COPPERSMITH SCHERMER & BROCKELMAN PLC
2800 North Central Avenue, Suite 1200
Phoenix, Arizona  85004
(602) 224-0999
jbelanger@csblaw.com
sbennett@csblaw.com
*Attorneys for Amicus Curiae Gilbert Hospital LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2011, I caused a true and correct copy of the foregoing document to be filed and served upon counsel of record electronically by means of the Court's CM/ECF system.

/s/ Michelle T. Gallegos