# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Physician Hospitals of America and Texas Spine & Joint Hospital, Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> Kathleen Sebelius, in her official capacity as Secretary of the United States Department of Health and Human Services, <br><br> Defendant. | Civil Action No. 6:10-00277-MHS |

## ORDER

The Court, having considered Gilbert Hospital LLC's Motion for Leave to File Reply in Support of Amicus Brief (Doc. No. 106), and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. Gilbert Hospital LLC's Motion for Leave to File Reply in Support of Amicus Brief is GRANTED.

2. The Court accepts for filing the Reply in Support of Amicus Brief submitted by Gilbert Hospital LLC.

**It is SO ORDERED.**

SIGNED this 23rd day of February, 2011.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE