IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
Tyler Division

| | |
|---|---|
| **Physician Hospitals of America, et al.,** ) ) ) | |
| Plaintiffs, ) ) | NOTICE OF APPEAL |
| v. ) ) | Case No. 6:10-cv-277-MHS |
| **Secretary Sebelius,** ) ) | |
| Defendant. ) | |

Notice is hereby given in the above-named case that Physician Hospitals of America and Texas Spine & Joint Hospital, Ltd., hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on March 31, 2011, and from all other adverse rulings in this case.

Respectfully submitted this 27th day of May, 2011.

PHYSICIAN HOSPITALS OF AMERICA
TEXAS SPINE & JOINT HOSPITAL, LTD.

By: /s/ Scott C. Oostdyk
    Counsel

| | |
|---|---|
| Scott C. Oostdyk | Lindsey S. Birdsong |
| Virginia Bar No. 28512 | Texas Bar No. 02333615 |
| MCGUIREWOODS LLP | Birdsong & Armstrong |
| One James Center | 211 E. Houston |
| 901 E. Cary Street | Tyler, TX 75702 |
| Richmond, VA 23219 | Tel: (903) 595-6297 |
| Tel: (804) 775-1000 | Fax: (903) 595-3630 |
| Fax: (804) 775-1061 | lindsey@birdsonglaw.com |
| soostdyk@mcguirewoods.com | |

## CERTIFICATE OF SERVICE

      I certify that on May 27, 2011, I served a copy of Plaintiffs' Notice of Appeal on the following via CM/ECF:

Scott Risner
U.S. Department of Justice - Civil Division
20 Massachusetts Ave, NW
Washington, DC 20530
Phone: 202-514-2395
Fax: 202-616-8470
scott.risner@usdoj.gov

Kimberly L Herb
U.S. Department of Justice - Civil Division
20 Massachusetts Ave, NW
Washington, DC 20530
Phone: 202-305-8356
Fax: 202-616-8470
kimberly.l.herb@usdoj.gov

Sheila M Lieber
U.S. Department of Justice - Civil Division
20 Massachusetts Ave, NW
Washington, DC 20530
Phone: 202-514-3786
Fax: 202-616-8470
sheila.lieber@usdoj.gov

Robert Austin Wells
U.S. Attorney's Office - Tyler
110 N. College, Suite 700
Tyler, TX  75702
Phone: 903-590-1400
Fax: 903-590-1436
robert.wells3@usdoj.gov

                /s/      *Scott C. Oostdyk*
                *Counsel to Plaintiffs*
                *Physician Hospitals of America*
                *Texas Spine & Joint Hospital, Ltd.*

\31421582.1