Requesting Record on Appeal
Sharp, Lisa M.
to:
'leslea_williams@txed.uscourts.gov'
07/26/2011 01:14 PM
Hide Details
From: "Sharp, Lisa M." <lsharp@​███████████>

To: "'leslea_williams@████████'"
<leslea_williams@​████████>

History: This message has been replied to.

Dear Leslea,

Would you kindly FedEx to me the Record on Appeal for Case No. 6:10-cv-277-MHS?

Our FedEx account number is 

Our address is:

Lisa Sharp (Phone: 804-775-1000)
McGuireWoods
1 James Ctr. Floor 1

901 E. Cary St.
Richmond VA 23226

Please send it FedEx Standard Overnight.

Would you kindly confirm receipt of this e-mail? Would you also let me know when you think you'd have time to get this out the door? (We're an anxious bunch over here!)

Thanks so much,

Lisa

Lisa Sharp
Associate
McGuireWoods LLP
lsharp@███████
(804) 775-1850 (Direct Line)
(804) 698-2225 (Direct FAX)

*This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*